UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN B. GRIGSBY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPT OF JUSTICE, et al., <br><br> Defendants. | Case No. 25-cv-00192-DMR <br><br> **ORDER TO SHOW CAUSE** |

A case management conference was scheduled for April 16, 2025 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Plaintiff Calvin Grigsby. IT IS HEREBY ORDERED that by **April 23, 2025**, Grigsby shall submit a statement explaining why he should not be sanctioned for failing to appear at the April 16, 2025 case management conference.

**IT IS SO ORDERED.**

Dated: April 16, 2025

Donna M. Ryu
Chief Magistrate Judge